UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS - WESTERN DIVISION

BLASSIE LANELL BRILEY, Individually
& as Beneficiary of the C. H. BRILEY
MARITAL TRUST                                                                    PLAINTIFF

VS.                                    NO. 4:09CV-114-JMM

REGIONS BANK, as Successors to First
Commercial Trust Company                                                          DEFENDANT

## ORDER DISMISSING ACTION

WHEREAS the parties hereto, each represented by counsel, have stipulated to certain conditions upon which this matter would be dismissed, reflected in an Order entered herein October 1, 2009 by the Hon. J. Thomas Ray, and detailed in a certain confidential memorandum of settlement dated October 8, 2009, and upon the parties' agreement and the conditions and consideration set forth therein,

NOW THEREFORE, the claims asserted herein are each DISMISSED WITH PREJUDICE, with each side to bear its own attorney's fees and costs. This Court shall retain jurisdiction for a period of sixty (60) days to enforce the terms of the parties' settlement agreement.

_____
HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT COURT JUDGE

DATED: October 13, 2009

APPROVED:

    /s/ Perry Y. Young
PERRY Y. YOUNG (Bar No. 97091)
JENSEN YOUNG & HOUSTON, PLLC
*Attorneys for Blassie Lanell Briley, Plaintiff*

    /s/ William A. Waddell, Jr.
WILLIAM A. WADDELL, JR. (Bar No. 84154)
FRIDAY, ELDREDGE & CLARK
*Attorneys for Regions Bank, Defendant*